UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BROOKE REVOIR,

    Plaintiff,                                                        Case No. 14-C-21

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## ORDER REMANDING CASE

Pursuant to the parties' stipulation to remand this case for further proceedings, the Court HEREBY ORDERS that the matter be remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g).

The Social Security Administration shall assign this matter to an administrative law judge who shall:

(1) update the treatment evidence on the claimant's medical condition;

(2) evaluate the severity of the claimant's migraine headaches in combination with her other severe and non-severe impairments;

(3) expressly evaluate the examining medical source opinion from Dr. Elmergreen, Psy.D., and explain the reasons for the weight he gives to this opinion evidence;

(4) further consider the claimant's residual functional capacity on the updated record, citing specific evidence in support of the assessed limitations;

(5) further consider whether the claimant has past relevant work she could perform with the limitations established by the evidence; and (6) as appropriate, obtain supplemental

evidence from a vocational expert to clarify the effect of the assessed limitations on the claimant's occupational base.

Dated this 15th day of October, 2014.

                                                          s/ William C. Griesbach
                                                  HONORABLE WILLIAM C. GRIESBACH
                                                  Chief Judge, United States District Court