# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

BROOKE REVOIR,

        Plaintiff,

v.                                                               Case No. 14-C-21

CAROLYN COLVIN,

        Defendant.

---

## ORDER GRANTING EAJA FEES

---

Plaintiff filed a motion seeking attorney's fees in this Social Security action. The government does not oppose the motion. Because the fees sought appear reasonable, the motion will be granted. The government is therefore ordered to pay $13,388.25 to Attorney Dana Duncan, and $4,900 to the Plaintiff, as set forth in the motion.

**SO ORDERED** this 24th day of June, 2016.

                                                       /s William C. Griesbach  
                                                 William C. Griesbach, Chief Judge  
                                                 United States District Court